IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SANTARUS, INC., a Delaware corporation, )
and THE CURATORS OF THE )
UNIVERSITY OF MISSOURI, a public )
corporation and body politic of the State of )
Missouri, )
                                 )
          Plaintiffs, )      C.A. No.   07-551-GMS
                                 )
     v. )
                                 )
PAR PHARMACEUTICAL, INC., )
a Delaware corporation, )
                                 )
          Defendants )

## NOTICE OF SERVICE

TO:

     Jack B. Blumenfeld, Esquire
     Rodger D. Smith II, Esquire
     Morris, Nichols, Arsht & Tunnell LLP
     1201 North Market Street
     P.O. Box 1347
     Wilmington, DE 19899-1347

     PLEASE TAKE NOTICE that true and correct copies of Par Pharmaceutical, Inc.'s First

Set Of Requests For The Production Of Documents And Things were caused to be served on

March 31, 2008 on counsel of record in the manner indicated:

     **BY HAND DELIVERY**
     Jack B. Blumenfeld, Esquire
     Rodger D. Smith II, Esquire
     Morris, Nichols, Arsht & Tunnell LLP
     1201 North Market Street
     P.O. Box 1347
     Wilmington, DE 19899-1347

Of Counsel

Edgar H. Haug
Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Dated: March 31, 2008

Frederick L. Cottrell, III (# 2555)
Cottrell@rlf.com
Steven J. Fineman (#4025
Fineman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant Par Pharmaceutical, Inc.

2

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

> Jack B. Blumenfeld, Esquire
> Rodger D. Smith II, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com