IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri,<br><br>            Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC., a Delaware corporation,<br><br>            Defendant. | C.A. No. 07-551 (GMS)<br>(CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Plaintiff Santarus Inc.'s First Set of Interrogatories (Nos. 1-8)* and (ii) *Plaintiff Santarus, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-70)* were caused to be served on April 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | *VI ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Daniel G. Brown, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |

                                                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                 */s/ Jack B. Blumenfeld*

                                                 Jack B. Blumenfeld (#1014)
                                                 James W. Parrett, Jr. (#4292)
                                                 1201 North Market Street
                                                 P.O. Box 1347
                                                 Wilmington, DE 19899-1347
                                                 (302) 658-9200
                                                 jblumenfeld@mnat.com
                                                 jparrett@mnat.com

                                               *Attorneys for plaintiffs Santarus, Inc.*

*Of Counsel*:

For plaintiff Santarus, Inc.:

Morgan Chu
Gary Frischling
Lisa N. Partain
Benjamin T. Wang
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010

April 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on April 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Daniel G. Brown, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |

_____
Jack B. Blumenfeld (#1014)