IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri,<br><br>              Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC., a Delaware corporation,<br><br>              Defendant. | C.A. No. 07-551 (GMS)<br><br>(CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff The Curators of the University of Missouri's First Set of Requests for Production of Documents and Things* were caused to be served on April 15, 2008 upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                          *VI ELECTRONIC MAIL*
Steven J. Fineman, Esquire                                      *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Edgar H. Haug, Esquire                                            *VIA ELECTRONIC MAIL*
Daniel G. Brown, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *James W. Parrett, Jr.*
_____
Jack B. Blumenfeld (#1014)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jparrett@mnat.com

*Attorneys for plaintiff The Curators of the University of Missouri*

OF COUNSEL:

James R. Ferguson
Jamison E. Lynch
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600

April 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on April 15, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Daniel G. Brown, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)