IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-551 (GMS) |
| v. | ) ) | (CONSOLIDATED) |
| PAR PHARMACEUTICAL, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *The Curators of the University of Missouri's Response to Par Pharmaceutical, Inc.'s First Set of Requests for the Production of Documents and Things* were caused to be served on May 30, 2008 upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire  *VI ELECTRONIC MAIL*
Steven J. Fineman, Esquire  *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Edgar H. Haug, Esquire  *VIA ELECTRONIC MAIL*
Daniel G. Brown, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

                                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                       */s/ James W. Parrett, Jr.*
                                                       _____
                                                       Jack B. Blumenfeld (#1014)
                                                       James W. Parrett, Jr. (#4292)
                                                       1201 North Market Street
                                                       P.O. Box 1347
                                                       Wilmington, DE  19899-1347
                                                       (302) 658-9200
                                                       jblumenfeld@mnat.com
                                                       jparrett@mnat.com

                                                       *Attorneys for Plaintiffs Santarus, Inc. and*
                                                         *The Curators of the University of Missouri*

OF COUNSEL:

James R. Ferguson
Jamison E. Lynch
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600

*For Plaintiff The Curators of the*
*University of Missouri*


May 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on May 30, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Daniel G. Brown, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)