IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri, <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., a Delaware corporation, <br><br> Defendants | ) ) ) ) ) ) ) ) C.A. No. 07-551-GMS ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

TO:

Jack B. Blumenfeld, Esquire
James Walter Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that true and correct copies of Par's Objections and Responses to Santarus's First Set of Requests for Production of Documents and Things (Nos. 1-70) were caused to be served on June 6, 2008 on counsel of record in the manner indicated:

/s/ *signature*

Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Cottrell@rlf.com
Fineman@rlf.com
Attorneys for Defendants

*Of Counsel*:
Edgar H. Haug
Daniel G. Brown
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Dated: June 6, 2008

RLF1-3290464-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

    Jack B. Blumenfeld, Esquire
    James Walter Parrett, Jr., Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com