IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri, <br><br>  Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., a Delaware corporation, <br><br>  Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-551-GMS |

## NOTICE OF SERVICE

TO:
  Jack B. Blumenfeld, Esquire
  James Walter Parrett, Jr., Esquire
  Morris, Nichols, Arsht & Tunnell LLP
  1201 North Market Street
  P.O. Box 1347
  Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that true and correct copies of Defendants' Responses To Santarus's First Set of Interrogatories (Nos. 1 - 8) were caused to be served on June 11, 2008 on counsel of record in the manner indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esquire
James Walter Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

|  | /s/ Steven J. Fineman |
|---|---|
|  | Frederick L. Cottrell, III (#2555) |
|  | Steven J. Fineman (#4025) |
| *Of Counsel*: | Richards, Layton & Finger, P.A. |
| Edgar H. Haug | One Rodney Square |
| Daniel G. Brown | 920 North King Street |
| Frommer Lawrence & Haug LLP | Wilmington, DE 19801 |
| 745 Fifth Avenue | (302) 651-7700 |
| New York, New York 10151 | Cottrell@rlf.com |
| (212) 588-0800 | Fineman@rlf.com |
|  | Attorneys for Defendants |

Dated: June 11, 2008

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Jack B. Blumenfeld, Esquire
> James Walter Parrett, Jr., Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com