IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC., a Delaware corporation,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-551-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

TO:
    Jack B. Blumenfeld, Esquire
    James Walter Parrett, Jr., Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that true and correct copies of Par's Objections and Responses To The Curators of The University of Missouri's First Set Of Requests For Production Of Documents And Things were caused to be served on June 16, 2008 on counsel of record in the manner indicated:

    **VIA HAND DELIVERY**
    Jack B. Blumenfeld, Esquire
    James Walter Parrett, Jr., Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

RLF1-3293247-1

*Of Counsel*:
Edgar H. Haug, Esq.
Daniel G. Brown, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York  10151
(212) 588-0800

Dated:  June 16, 2008

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
(302) 651-7700
*Attorneys for Defendant*

RLF1-3293247-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Jack B. Blumenfeld, Esquire
> James Walter Parrett, Jr., Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

_____
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com