IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-551 (GMS) |
| v. | ) ) | (CONSOLIDATED) |
| PAR PHARMACEUTICAL, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO AMEND CASE SCHEDULE

WHEREAS, on February 20, 2008, the Court entered a Scheduling Order setting forth the schedule in the above-captioned case;

WHEREAS, the Scheduling Order included a claim construction hearing date of September 8, 2008, as well as a date to substantially complete document production by July 11, 2008;

WHEREAS, on June 25, 2008, the Court entered an order moving the claim construction hearing date from September 8, 2008 to October 21, 2008;

WHEREAS, the parties have agreed to submit this Joint Stipulation to adjust the claim construction briefing schedule, as set forth below, in light of the new claim construction hearing date of October 21, 2008;

WHEREAS, the parties have also been involved in discussions related to issues surrounding the scope of review and production of electronic documents, and jointly request that the deadline to substantially complete the production of documents be extended from July 11,

2008 to August 8, 2008 in order to permit the parties to attempt to resolve these issues without having to involve the Court;

WHEREAS, the remaining dates in the current Scheduling Order, including the trial date, remain the same.

IT IS HEREBY STIPULATED, by and between Plaintiffs Santarus, Inc. and The Curators of the University of Missouri, and Defendant Par Pharmaceutical, Inc., and subject to the approval of the Court, that the Scheduling Order be amended as follows:

| Item | Current Schedule | Proposed Schedule |
| --- | --- | --- |
| Date to Substantially Complete Production of Documents | July 11, 2008 | August 15, 2008 |
| Opening Claim Construction Briefs | July 10, 2008 | August 8, 2008 |
| Answering Claim Construction Briefs | August 8, 2008 | September 8, 2008 |
| Joint Appendix of Intrinsic and Extrinsic Evidence | August 13, 2008 | September 15, 2008 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jparrett@mnat.com

*Counsel for Plaintiffs Santarus, Inc. and*
*The Curators of the University of Missouri*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Steven J. Fineman*
_____
Frederick L. Cottrell (#2555)
Steven J. Fineman (#4025)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Cottrell@rlf.com
Fineman@rlf.com

OF COUNSEL:

*For Plaintiff Santarus, Inc.*:

Morgan Chu
Gary Frischling
Lisa Partain
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
(310) 277-1010

*For Plaintiff The Curators of the University of Missouri*:

James R. Ferguson
Jamison E. Lynch
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600

OF COUNSEL:

Edgar H. Haug
Daniel G. Brown
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151
(212) 588-0800

*Attorneys for Defendants*

      IT IS SO ORDERED this _____ day of July 2008.

_____
The Honorable Gregory M. Sleet
Chief Judge

2401968