IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri,<br><br>        Plaintiffs,<br><br>    v.<br><br>PAR PHARMACEUTICAL, INC., a Delaware corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-551-GMS<br>)<br>)   (CONSOLIDATED)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>JOINT STIPULATION TO AMEND SCHEDULING ORDER</u>**

WHEREAS, on February 20, 2008, the Court entered a Scheduling Order setting forth the schedule in the above-captioned case;

WHEREAS, the Scheduling Order included a claim construction hearing date of September 8, 2008, as well as a date to substantially complete document production by July 11, 2008;

WHEREAS, on June 25, 2008, the Court entered an order moving the claim construction hearing date from September 8, 2008 to October 21, 2008;

WHEREAS, on July 8, 2008 the parties submitted a Joint Stipulation to adjust the claim construction briefing schedule in light of the new claim construction hearing date of October 21, 2008;

WHEREAS, on July 10, 2008 the Court entered the Joint Stipulation as an order;

WHEREAS, Defendant Par Pharmaceutical, Inc. has recently retained new lead counsel, and is presently transitioning this matter from the law firm of Frommer Lawrence & Haug LLP to the law firm of Arent Fox LLP;

WHEREAS, the defendant seeks additional time to complete *Markman* briefing;

WHEREAS, the parties have been engaged in discussions, and are still discussing, issues surrounding the scope of review and production of electronic documents, and the plaintiffs request that the deadline to substantially complete the production of documents be extended (with the understanding that a rolling production will begin on August 15, 2008) in order to permit the parties to attempt to resolve these issues without having to involve the Court;

IT IS HEREBY STIPULATED, by and between Plaintiffs Santarus, Inc. and The Curators of the University of Missouri, and Defendant Par Pharmaceutical, Inc., and subject to the approval of the Court, that the Scheduling Order be amended as follows:

| Item | Current Schedule | Proposed Schedule |
| --- | --- | --- |
| Date to Substantially Complete Production of Documents | August 15, 2008 | September 5, 2008 |
| Opening Claim Construction Briefs | August 8, 2008 | August 22, 2008 |
| Answering Claim Construction Briefs | September 8, 2008 | September 22, 2008 |
| Joint Appendix of Intrinsic and Extrinsic Evidence | September 15, 2008 | September 29, 2008 |

All other dates in the Scheduling Order shall remain unchanged.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/Steven J. Fineman |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| James W, Parrett, Jr. (#4292) | Steven J. Fineman (#4025) |
| Morris, Nichols, Arsht & Tunnell LLP | Richards, Layton & Finger, P.A. |
| 1201 N. Market Street | One Rodney Square |
| Wilmington, DE  19899-1347 | Wilmington, Delaware 19899 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| jparrett@mnat.com | fineman@rlf.com |
| Attorneys for Plaintiffs Santarus, Inc. and The Curators of the University of Missouri | Attorneys for Defendant Par Pharmaceutical, Inc. |

SO ORDERED this __ day of _____, 2008.

_____
Chief Judge

-3-