# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri, </br></br>      Plaintiffs, </br></br>  v. </br></br>PAR PHARMACEUTICAL, INC., a Delaware corporation, </br></br>      Defendants | C.A. No. 07-551-GMS </br></br>(CONSOLIDATED) |

## NOTICE OF SERVICE

TO:

    Jack B. Blumenfeld, Esquire
    James Walter Parrett, Jr., Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that true and correct copies of Defendant's First Set of Interrogatories to Plaintiff the Curators of the University of Missouri (Nos. 1- 11) were caused to be served on August 29, 2008 on counsel of record in the manner indicated:

          **VIA HAND DELIVERY**
          Jack B. Blumenfeld, Esquire
          James Walter Parrett, Jr., Esquire
          Morris, Nichols, Arsht & Tunnell LLP
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347

|  |  |
|---|---|
| Of Counsel: | /s/ Steven J. Fineman |
|  | Frederick L. Cottrell, III (#2555) |
|  | Cottrell@rlf.com |
| Janine A. Carlan | Steven J. Fineman (#4025) |
| Aziz Burgy | Fineman@rlf.com |
| Timothy W. Bucknell | Richards, Layton & Finger P.A. |
| ARENT FOX LLP | One Rodney Square |
| 1050 Connecticut Ave., N.W. | P.O. Box 551 |
| Washington, D.C., 20036 | Wilmington, DE 19899 |
| (202) 857-6000 | (302) 651-7700 |
|  | Attorneys for Par Pharmaceutical, Inc. |

Dated: September 5, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

>Jack B. Blumenfeld, Esquire
>James Walter Parrett, Jr., Esquire
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

>*/s/ Steven J. Fineman*
>Steven J. Fineman (#4025)
>Richards, Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware 19899
>(302) 651-7700
>fineman@rlf.com