# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAR PHARMACEUTICAL, INC., a Delaware corporation,<br><br>    Defendants | C.A. No. 07-551-GMS<br><br>(CONSOLIDATED) |

## NOTICE OF SERVICE

TO:

    Jack B. Blumenfeld, Esquire
    James Walter Parrett, Jr., Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that true and correct copies of Defendant's First Set of Interrogatories to Plaintiff Santarus, Inc. (Nos. 1-12) were caused to be served on August 29, 2008 on counsel of record in the manner indicated:

**VIA HAND DELIVERY**
    Jack B. Blumenfeld, Esquire
    James Walter Parrett, Jr., Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

RLF1-3290464-1

| | |
|---|---|
| Of Counsel: | /s/ Steven J. Fineman |
| | Frederick L. Cottrell, III (#2555) |
| Janine A. Carlan | Cottrell@rlf.com |
| Aziz Burgy | Steven J. Fineman (#4025) |
| Timothy W. Bucknell | Fineman@rlf.com |
| ARENT FOX LLP | Richards, Layton & Finger P.A. |
| 1050 Connecticut Ave., N.W. | One Rodney Square |
| Washington, D.C., 20036 | P.O. Box 551 |
| (202) 857-6000 | Wilmington, DE 19899 |
| | (302) 651-7700 |
| Dated: September 5, 2008 | Attorneys for Par Pharmaceutical, Inc. |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

 Jack B. Blumenfeld, Esquire
 James Walter Parrett, Jr., Esquire
 Morris, Nichols, Arsht & Tunnell LLP
 1201 North Market Street
 P.O. Box 1347
 Wilmington, DE 19899-1347

 /s/ Steven J. Fineman
 Steven J. Fineman (#4025)
 Richards, Layton & Finger, P.A.
 One Rodney Square
 P.O. Box 551
 Wilmington, Delaware 19899
 (302) 651-7700
 fineman@rlf.com