## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-551-GMS<br>)  (CONSOLIDATED)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT PAR PHARMACEUTICAL, INC.'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant Par Pharmaceutical, Inc.

("Par") hereby moves this Court for a judgment on the pleadings that the asserted patents are not

infringed because they have been adjudicated as invalid.  The grounds for this motion are set

forth in Par's Opening Brief in Support of its Motion for Judgment on the Pleadings filed

contemporaneously herewith.

OF COUNSEL:

Richard J. Berman
Janine A. Carlan
Aziz Burgy
Timothy W. Bucknell
Arent Fox LLP
1717 K Street, N.W.
Washington, DC 20036
(202) 857-6000

Dated:  March 1, 2013

/s/ Steven J. Fineman
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Katharine C. Lester (#5629)
lester@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant Par Pharmaceutical,
Inc.*